THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOSE SOSA, Plaintiff, v. SALT LAKE COUNTY JAIL *et al.*, Defendants. | **MEMORANDUM DECISION AND ORDER TO SHOW CAUSE** <br><br> Case No. 2:22-CV-793 HCN <br><br> Howard C. Nielson, Jr. <br> United States District Judge |

Plaintiff filed his civil rights complaint as a prisoner. *See* Dkt. No. 5. On December 22, 2022, he was granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. *See* Dkt. No. 4. The court ordered Plaintiff to sign and file with the court a form consenting to the collection of Plaintiff's remaining filing fee in increments from Plaintiff's inmate account. *See id.* at 2. Plaintiff has not complied.

**IT IS HEREBY ORDERED** that Plaintiff shall file a brief showing cause why this case should not be dismissed for failure to prosecute or to comply with court orders no later than March 27, 2023. *See* D. Utah Civ. R. 83-1.3(e). Failure to do so will result in this action's dismissal for failure to prosecute and to comply with the court's orders. *See* D. Utah. Civ. R. 41-2. A new consent-to-collection form is attached if Plaintiff wishes to use it. Plaintiff shall sign the consent form, copy it, give the original to the inmate account office at his current institution, and send the copy to the court.

DATED this 24th day of February, 2023.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH


CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT


      I, Jose Sosa (Case No. 2:22-CV-793 HCN), understand that, when the Court grants my application to proceed *in forma pauperis* and files my complaint, I must still eventually pay the entire filing fee of $350.00.  I understand that I must pay the complete filing fee even if my complaint is dismissed.

      I further consent for the appropriate institutional officials to collect from my account on a continuing basis each month, an amount equal to 20% of each month's income.  Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court for the District of Utah, 351 South West Temple, Rm. 1.100, Salt Lake City, UT  84101, until such time as the $350.00 filing fee is paid in full.

      By executing ths document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the District Court.


      _____
      Signature of Inmate
      Jose Sosa